FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FEB 17 2023

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| J. K. J., individually, and successor in interest to the Deceased Aleah Jenkins, by by and through his guardian-ad-litem Jeremy Hillyer, | No.   20-55622 |
| Plaintiff-Appellant, | D.C. No. 3:19-cv-02123-CAB-RBB Southern District of California, San Diego |
| v. | **ORDER** |
| CITY OF SAN DIEGO, a public entity; DAVID NISLET, in his individual capacity and official capacity as Police Chief of the San Diego Police Department; LAWRENCE DURBIN, an individual; JASON TAUB, an individual; DOES, 1-10, Inclusive, | |
| Defendants-Appellees, | |
| and | |
| NICHOLAS CASICOLA, | |
| Defendant. | |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.